

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

#### NO. 02-11-00106-CV

JANET LUANN MORAN                                          APPELLANT

V.

MARKLIN MELVIN JONES                                          APPELLEE

------------

FROM THE 415TH DISTRICT COURT OF PARKER COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Rule 42.1(a)(2)(B) Motion To Remand For Entry Of Settlement." It is the court's opinion that the motion should be granted; therefore, we set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  July 21, 2011